1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREY and ALLA TSUMAN, husband and wife, and all other Washington residents who hold similar claims against the Defendant,<br><br>                              Plaintiffs,<br><br>        v.<br><br>US BANK, N.A.,<br>                              Defendant. | NO:  CV-10-309-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiffs' Motion to Dismiss with Prejudice (Ct. Rec.

22.  Having reviewed said motion and the file and pleadings therein, the Court

deems itself otherwise fully advised in the premises.  Accordingly,

**IT IS HEREBY ORDERED:**

1.  Plaintiffs' Motion for Dismissal with Prejudice (**Ct. Rec. 22**) is

    **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or

    cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies

to counsel, and **CLOSE** this file.

**DATED** this 14th day of December.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2